UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

HARRIET HENNEBERGER,

                              Plaintiff(s),            **ANSWER & JURY DEMAND**

        vs.                                            Civil Action No.:  07-cv-804

COHEN & SLAMOWITZ, LLP

                              Defendant(s).

Defendant, COHEN AND SLAMOWITZ, LLP, by and through its attorneys, Smith, Sovik, Kendrick, and Sugnet, P.C., in answer to plaintiff's complaint, state the following:

    1.    This paragraph contains plaintiff's characterizations of her claims.  No response is required; otherwise **DENIES** the allegations contained in paragraph "1" of plaintiff's complaint.

    2.    Paragraphs "2", "3" and "4" contain conclusions of law.  No response is required; otherwise **DENIES** the allegations contained in paragraph "2", "3", and "4" of plaintiff's complaint.

    3.    **DENIES KNOWLEDGE AND INFORMATION** sufficient to form a belief as to the allegations contained in paragraphs "5", "7", "8", "12", "13", "16", "17", "18", "19", "20" and "22" of plaintiff's complaint.

    4.    **ADMITS** the allegations contained in paragraphs "6", "9", "10", and "11" of plaintiff's complaint.

    5.    **DENIES** the allegations contained in paragraphs "14", "15", "21" and "23" of the plaintiff's complaint.

6.   **REPEATS AND REALLEGES** each and every response to the allegations contained in paragraphs "1" through "23" of plaintiffs' complaint with the same force and effect as if repeated herein at length.

7.   **DENIES** the allegations contained in paragraphs "25" and "26" of the plaintiff's complaint.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

8.   The complaint fails to state a cause of action upon which relief may be granted.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

9.   Defendant did not violate, in whole or in part, any provision of the FDCPA.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

10.   To the extent that a violation of any provision of 15 U.S.C. 1692 occurred, such violation was not intentional and resulted from a bona fide error notwithstanding reasonable procedure adopted to avoid any such error.

## AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

11.   Plaintiff is precluded by the doctrine of waiver and estoppel.

## AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

12.   Plaintiff has failed to mitigate her damages.

## AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

13.   At all times mentioned and described in plaintiff's complaint, the answering defendant acted in a reasonable manner, with probable cause, in good faith, without notice and

their actions were justified.

## AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE

14.    All state causes of action are barred by federal preemption.

## AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE

15.    No act or failure to act on the part of the defendant was a substantial factor in causing any damage to plaintiff.

## AS AND FOR A NINTH AFFIRMATIVE DEFENSE

16.    Plaintiff's claims are barred by applicable statute of limitations.

## AS AND FOR A TENTH AFFIRMATIVE DEFENSE

17.    Any damages caused or sustained by plaintiff were caused by the acts of a third party over which defendant has no control or is not responsible.

## AS AND FOR AN ELEVENTH AFFIRMATIVE DEFENSE

18.    Plaintiff's damages must be reduced by her comparative negligence.

## JURY DEMAND

Demand is made for a jury trial on all issues.

**WHEREFORE**, defendant demands judgment dismissing plaintiff's complaint, together with the costs and disbursements of this action.

3

DATED:  January 10, 2008          SMITH, SOVIK, KENDRICK & SUGNET, P.C.

                                  By: _____
                                        Daniel R. Ryan, Esq.
                                        Attorneys for Defendant
                                        250 South Clinton Street, Suite 600
                                        Syracuse, New York  13202
                                        (315) 474-2911

TO:     Amanda R. Jordan, Esq.
        Law Offices of Kenneth R. Hiller
        Attorneys for Plaintiff
        2001 Niagara Falls Boulevard
        Amherst, New York  14228
        (716) 564-3288

4